IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Action No. 06-964 (DMC) |
| Plaintiffs, | |
| v. | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| HOWARD M. SCHOOR, | |
| Defendant. | |

This matter having been opened to the Court by defendant Howard M. Schoor, by and through his attorneys, Walder, Hayden & Brogan, P.A., (Justin P. Walder appearing), on notice to the United States Attorney's Office, Christopher Christie, Esq. (Assistant United States Attorney, James Nobile, appearing), the Court having considered the papers submitted, the arguments of counsel, and for good cause shown; *(TELEPHONE CONF. CALL) + DEF. WAIVING HIS APPEARANCE;*

IT IS ON THIS __28__ day of March, 2008 ORDERED as follows:

Defendant's motion to temporarily modify the conditions of release is GRANTED;

The Order Setting Conditions of Release entered on June 12, 2007 is hereby modified to permit Howard M. Schoor to travel to the Bahamas from April 4, 2008 to April 7, 2008 with the following conditions:

a. Defendant may reclaim his passport for the above travel from United States Pretrial Services;

b. Defendant shall provide to United States Pretrial Services his itinerary for the above travel;

c. Defendant will return his passport to United States Pretrial Services following his return.

DENNIS M. CAVANAUGH, U.S.D.J.