## WALDER, HAYDEN & BROGAN, P.A.

COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, NEW JERSEY 07068-1727
(973) 992-5300

TELECOPIERS: (973) 992-1505
(973) 992-1006

DIRECT: (973) 992-9327 EXT. 304
E-MAIL ADDRESS: JPWALDER@WHBESQS.COM
HTTP://WWW.WHBESQS.COM

JUSTIN P. WALDER
JOSEPH A. HAYDEN, JR[1]
MELVYN H. BERGSTEIN[1,2,4]
THOMAS J. SPIES
JAMES A. PLAISTED[1,4,5]
HEATHER G. SUAREZ
MICHAEL J. FAUL, JR.
JEFFREY A. WALDER
ROBERT L. PENZA[1]
SHALOM D. STONE[1]
BARRY H. EVENCHICK[1]
K. ROGER PLAWKER[2]
CHRISTOPHER D. ADAMS
VIKKI S. ZIEGLER

JOEL SONDAK (1932-1995)

[1] MEMBER OF NJ & NY BARS
[2] MEMBER OF NJ & DC BARS
[3] MEMBER OF NJ, NY, CA & VA BARS
[4] CERTIFIED BY THE SUPREME COURT AS A CIVIL TRIAL ATTORNEY
[5] CERTIFIED BY THE SUPREME COURT AS A CRIMINAL TRIAL ATTORNEY

PETER G. BRACUTI
STEVEN G. WALDER[1]
ASAAD K. SIDDIQI[1]
LIN C. SOLOMON[1]
REBEKAH R. CONROY[1]
KEVIN A. BUCHAN[1]
LEIGH-ANNE MULREY[1]

OF COUNSEL
JOHN A. BROGAN
JOHN H. SKARBNIK[1], LL.M., C.P.A.
STEVEN D. GROSSMAN[1]
ALAN SILBER[3,5]
ROBERT J. DONAHER
MICHAEL D'ALESSIO, JR.

COUNSEL TO THE FIRM
MARTIN L. GREENBERG[1]

OUR FILE NO. 25308.002

February 11, 2009

*Via Lawyer's Service*
Hon. Dennis M. Cavanaugh
United States District Court
U.S. Post Office and Courthouse Bldg.
Federal Square
PO Box 999
Newark, NJ 07101-0999

      Re:    *United States v. Howard M. Schoor*
             *Crim. No. 06-964 (DMC)*

Dear Judge Cavanaugh:

      Pursuant to Scott Creegan's conversation with my associate, Asaad K. Siddiqi, Esq., please accept this letter in support of Howard M. Schoor's application to reclaim his passport.

      As Your Honor is aware, Howard M. Schoor was sentenced on February 9, 2009 to a two-year term of probation, 250 hours of community service and a fine of $7,500.

      Mr. Schoor received today the enclosed letter from Pretrial Services stating that Mr. Schoor may reclaim his passport upon the order of this Court. (Attachment A) If such order is not presented to Pretrial Services within 60 days of his sentencing, then the passport will be turned over to the State Department. (Id.)

      In view of Mr. Schoor's sentence and his full compliance with Pretrial Services prior to his sentence, it is respectfully requested that Mr. Schoor be permitted to reclaim his passport.

Mr. Schoor will, of course, follow the conditions of probation including the requirement of notification and permission of probation for travel outside the judicial district.

Respectfully yours,

JUSTIN P. WALDER

Enc.

cc: James B. Nobile, Assistant US Attorney
Jonathan Muller, Pretrial Services Officer
Monica Martin, U.S. Probation Officer

**So Ordered:**

Hon. Dennis M. Cavanaugh, U.S.D.J.

2/19/09