# WALDER, HAYDEN & BROGAN, P.A.

COUNSELLORS AT LAW
5 BECKER FARM ROAD
ROSELAND, NEW JERSEY 07068-1727
(973) 992-5300

FACSIMILE: (973) 992-1505
(973) 992-1006

DIRECT FAX: (973) 992-1085
E-MAIL: JPWALDER@WHBESQS.COM
WWW.WHBESQS.COM

JUSTIN P. WALDER
JOSEPH A. HAYDEN, JR.[1]
MELVYN H. BERGSTEIN[1,2,4]
THOMAS J. SPIES
JAMES A. PLAISTED[1,4,5]
HEATHER G. SUAREZ
MICHAEL J. FAUL, JR.[1,2]
JEFFREY A. WALDER
ROBERT L. PENZA[1]
SHALOM D. STONE[1]
BARRY H. EVENCHICK[1]
K. ROGER PLAWKER[3]
CHRISTOPHER D. ADAMS
VIKKI S. ZIEGLER[2]

JOEL SONDAK (1932-1995)

[1]MEMBER OF NJ & NY BARS
[2]MEMBER OF NJ & DC BARS
[3]MEMBER OF NJ, NY, CA & VA BARS
[4]CERTIFIED BY THE SUPREME COURT AS A CIVIL TRIAL ATTORNEY
[5]CERTIFIED BY THE SUPREME COURT AS A CRIMINAL TRIAL ATTORNEY

PETER G. BRACUTI
STEVEN G. WALDER[1]
ASAAD K. SIDDIQI[1]
LIN C. SOLOMON[1]
REBEKAH R. CONROY[1]
KEVIN A. BUCHAN[1]
LEIGH-ANNE MULREY[1]

OF COUNSEL
JOHN A. BROGAN
JOHN H. SKARBNIK[1], LL.M., C.P.A.
STEVEN D. GROSSMAN[1]
ALAN SILBER[3,5]
ROBERT J. DONAHER
MICHAEL D'ALESSIO, JR.

COUNSEL TO THE FIRM
MARTIN L. GREENBERG[1]

OUR FILE NO. 25308.002

July 24, 2009

Hon. Dennis M. Cavanaugh, U.S.D.J.
United States District Court
U.S. Post Office and Courthouse Bldg.
Federal Square PO Box 999
Newark, NJ 07101-0999

   *Re:* ***United States v. Howard M. Schoor***
      ***Crim. No. 06-964 (DMC)***

Dear Judge Cavanaugh:

  Pursuant to my conversation with Scott Creegan, I am submitting this letter in support of Howard M. Schoor's application to modify any travel restrictions currently existing and to thereby permit unlimited travel without the necessity of prior permission from the United States Probation Office. Mr. Schoor has established a residency and is engaged in employment and business in Florida. It is necessary for the Probation Office to issue a "travel pass" each time he goes to Florida or anywhere besides New York and New Jersey. As you recall, Mr. Schoor's passport was returned pursuant to the February 19, 2009 Order of this Court.

  This is to further represent that since his sentencing on February 9, 2009, he has fully complied with all the conditions of Probation. He has paid the fine and special assessment imposed by the Court and has completed the 250 hours of community service consistent with the Judgment entered by this Court. Mr. Schoor's Probation Officer, Ms. Monica Martin, has no objection to this Court allowing unlimited travel without prior permission. Ms. Martin can also confirm to the Court that Mr. Schoor has been fully compliant throughout with her office.

WALDER, HAYDEN & BROGAN, P.A.

**July 24, 2009**
**Page 2**

---

      Thank you for your consideration of this request.

                                          Respectfully yours,

                                          JUSTIN P. WALDER

JPW:jp
cc:  Monica Martin, US Probation Officer

IT IS SO ORDERED:

_____      7/31/09
Hon. Dennis M. Cavanaugh, U.S.D.J.