```
                         UNITED STATES DISTRICT COURT
                            DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :    Crim. No. 06-964 (DMC)

       v.                 :

HOWARD M. SCHOOR          :    ORDER
```

This matter having come before the Court on the motion of defendant Howard M. Schoor (by Justin P. Walder, Esq., appearing), for an order terminating early his term of probation; and the United States (Paul J. Fishman, United States Attorney, by James B. Nobile, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this  26  day of January, 2010,

ORDERED that defendant Schoor's motion to terminate early his supervised release be denied.

```
                              _____
                              HON. DENNIS M. CAVANAUGH
                              United States District Judge
```