UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :       Crim. No. 06-964 (DMC)

    v.               :

HOWARD M. SCHOOR      :       <u>AMENDED ORDER</u>

This matter having come before the Court on the motion of defendant Howard M. Schoor (by Justin P. Walder, Esq., appearing), for an order terminating early his term of probation; and the United States (Paul J. Fishman, United States Attorney, by James B. Nobile, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this _27_ day of January, 2010,

ORDERED that defendant Schoor's motion to terminate early his probation be denied.

HON. DENNIS M. CAVANAUGH
United States District Judge